UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00043-MR

| JONATHAN JAMES NEWELL, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | <u>ORDER</u> |
| SHELBY HOWELL, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's "Memo to Inform the Judicial System." [Doc. 32].

Pro se Plaintiff Jonathan James Newell ("Plaintiff") is a prisoner of the State of North Carolina currently incarceration at Nash Correctional Institution in Nashville, North Carolina. Plaintiff filed this action against Defendant Shelby Howell pursuant to 42 U.S.C. § 1983 alleging various Eighth Amendment violations. [Doc. 11]. On July 15, 2020, before the expiration of the discovery and dispositive motions deadlines, the Court granted Plaintiff's motion for voluntary dismissal and terminated this action. [Docs. 30, 31].

Plaintiff now files a two-page "Memo to Inform the Judicial System," directed to the Undersigned as "Chief Judge of Western Division" advising

the Court of "witness tampering spoilation [*sic*] of legal books and materials" related to five cases Plaintiff states are pending in the Eastern Division[1] and asking the Court "to inform Eastern Judge Devers, Boyles, Myers, and Flannagan." [Doc. 32]. Plaintiff alleges that he was transferred from Warren Correctional "[i]n retaliation" after being tested negative for COVID and that he has not been given five bags of his property, which includes legal books, court documents, discovery, and an address book containing the address for the United States District Court for the Eastern Division of North Carolina. [Id. at 1]. Plaintiff also states that he is in segregation without his diabetes and blood pressure medications. [Id.].

The Court will direct the Clerk to send copies of the instant filing and this Order to the Clerk for the Eastern Division for filing in Plaintiff's cases there.

## ORDER

The Clerk is respectfully instructed to send copies of Docket No. 32 and this Order to the Clerk's Office for the United States District Court for the Eastern District of North Carolina.

---

[1] These cases include Case Numbers 5:20-ct-03062-D, 5:20-ct-03200-FL, 5:20-ct-03378-M, 5:21-ct-03129-BO, and 5:21-ct-03226-D.

**IT IS SO ORDERED**.

Signed: February 14, 2022

Martin Reidinger
Chief United States District Judge